IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALICE FAYE COX                                                    PLAINTIFF

V.                                                                CASE NO: 1:03CV628

DESOTO COUNTY, MISSISSIPPI                                        DEFENDANT

## VERDICT FORM

1.   Do you find from a preponderance of the evidence that Alice Cox was discriminated against on the basis of her age?

   __X__ YES   _____ NO

2.   If you answered Interrogatory No. 1 as "no," skip to Interrogatory No. 4. If you answered "yes," did the plaintiff suffer any lost income because of this age discrimination?

   __X__ YES   _____ NO

If you answered "yes" to the previous Interrogatory, the court will determine the amount of these damages.

3.   If you answered Interrogatories No. 1 and 2 as "yes," do you find this age discrimination was willful?

   __X__ YES   _____ NO

4.   Do you find from a preponderance of the evidence that Alice Cox was transferred because of her exercise of her First Amendment free speech rights?

   _____ YES   __X__ NO

5.   If you answered Interrogatory No. 4 as "no," do not answer this question. If you answered Interrogatory No. 4 and "yes," then what amount of damages, if any, do you award Alice Cox for mental suffering caused by being transferred to the jail medical room?

$ _____


This the 8th day of November, 2007.

*[signature]*
JURY FOREPERSON