IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| ALICE FAYE COX, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VERSUS | ) CIVIL ACTION NO.: 1:03CV628-M-D |
| | ) |
| DESOTO COUNTY SHERIFF'S DEPARTMENT and DESOTO COUNTY, MISSISSIPPI, | ) ) ) |
| | ) |
|    Defendants. | ) |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, and the jury found willful age discrimination, but found no First Amendment violation. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED:

That the Plaintiff, ALICE FAYE COX, does have of and recover from the Defendant, DESOTO COUNTY, the sum of One Thousand Two Hundred Twenty Seven Dollars and Fifty Three Cents in actual damages for her age discrimination claim plus One Thousand Two Hundred Twenty Seven Dollars and Fifty Three Cents as liquidated damages at 4.05 percent as provided by law. The total age discrimination judgment of $2,455.06 shall bear interest at 4.05 percent until paid.

That the Plaintiff, ALICE FAYE COX, take nothing on her claims that she was transferred because of First Amendment speech, that the action be dismissed on the merits, and that judgment is entered in favor the Defendant, DESOTO COUNTY, on this claim.

Following the verdict, the parties announced to the Court that they had reached an agreement as to costs and Plaintiff's entitlement to attorneys' fees as the prevailing party on the age discrimination claim.

The parties have agreed that each party will bear their own costs and that an appropriate and reasonable award of attorneys' fees, in favor of Plaintiff on the age discrimination claim, is $4,000.00.

Accordingly, Plaintiff, ALICE FAYE COX, does have, of and recover from the Defendant, DESOTO COUNTY, the sum of $4,000.00 in attorneys' fees with an interest rate thereon at the rate of 4.05 percent and each party will bear their own costs.

The Court having earlier dismissed all other claims in this case, it is hereby ORDERED AND ADJUDGED that this is a Final Judgment, and this case is hereby closed.

ORDERED AND ADJUDGED this the 20th day of November, 2007.

          **/s/ Michael P. Mills**
          **CHIEF JUDGE**
          **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF MISSISSIPPI**

AGREED:

*/s/ Jim Waide*
Jim Waide, Attorney for Plaintiff

*/s/ Steve Lacey*
Steve Lacey, Attorney for Defendant